UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-14006-CR-MIDDLEBROOKS/LYNCH

18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1029(c)(1)(C)

UNITED STATES OF AMERICA,

v.

PATRICK J. WARD,

Defendant.
_____/

FILED by _____ D.C.
FEB 13 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about January 10, 2013, in St. Lucie County, in the Southern District of Florida, the defendant,

**PATRICK J. WARD,**

did knowingly and with intent to defraud possess fifteen (15) or more unauthorized access devices, affecting interstate commerce, in violation of Title 18, United States Code, Section 1029(a)(3).

### COUNTS 2-6

On or about January 10, 2013, in St. Lucie County, in the Southern District of Florida, the defendant,

**PATRICK J. WARD,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, possessing more than fifteen unauthorized access devices; knowingly possessed, without lawful authority, a means of identification of another person, as set forth below:

| COUNT | MEANS OF IDENTIFICATION | IDENTIFICATION HOLDER |
|---|---|---|
| 2 | Name and Social Security Account Number | "S.B." |
| 3 | Name and Social Security Account Number | "A.C." |
| 4 | Name and Social Security Account Number | "C.K." |
| 5 | Name and Social Security Account Number | "F.R." |
| 6 | Name and Social Security Account Number | "M.R." |

in violation of Title 18, United States Code, Sections 1028A(a)(1).

## CRIMINAL FORFEITURE

Upon conviction of the violation alleged in Count One of the Indictment, the defendant **PATRICK J. WARD**, shall forfeit to the United States any personal property used or intended to be used to commit the offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

COURTNEY L. COKER
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

PATRICK J. WARD,
                                   Defendant. /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Indictment Case Information:**

| | | |
|---|---|---|
| New Defendant(s) | Yes ____ | No ____ |
| Number of New Defendants | ____ | |
| Total number of counts | ____ | |

**Court Division**: (Select One)

____ Miami          ____ Key West
____ FTL            ____ WPB         _X_ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) _No_
   List language and/or dialect _____

4. This case will take __4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to  5 days      _x_              Petty      ____
   II   6 to 10 days      ____             Minor      ____
   III  11 to 20 days     ____             Misdem.    ____
   IV   21 to 60 days     ____             Felony     _X_
   V    61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No) _No_

   If yes:
   Judge: _____        Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No) _No_
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)     _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     ____ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?     ____ Yes   _X_ No

                                        _____
                                        COURTNEY L. COKER
                                        ASSISTANT UNITED STATES ATTORNEY

*Penalty Sheet(s) attached

                                                            REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Case No.

Defendant's Name:   **PATRICK J. WARD**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Possession of Fifteen (15) or More Unauthorized Access Devices With Intent to Defraud | 18 U.S.C. § 1029(a)(3) | 10 years Imprisonment $250,000.00 fine SR: Not more than 3 years $100 Special Assessment |
| 2-6 | Possession of a Means of Identification of Another Person, Without Lawful Authority, During and In Relation to a Felony | 18 U.S.C. § 1028A(a)(1) | Mandatory Minimum Term of 2 Years Imprisonment Consecutive to Any Sentence Given in Count 1 $250,000.00 fine SR: Not more than 1 year $100 Special Assessment |
|  | **CRIMINAL FORFEITURE** | 18 U.S.C. § 1029(c)(10(C) |  |