# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 14-14006-CR-MIDDLEBROOKS/LYNCH

18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1029(c)(1)(C)

UNITED STATES OF AMERICA,

v.

PATRICK J. WARD,

              Defendant.

_____/

FILED by _____ D.C.

FEB 1 3 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about January 10, 2013, in St. Lucie County, in the Southern District of Florida, the defendant,

### PATRICK J. WARD,

did knowingly and with intent to defraud possess fifteen (15) or more unauthorized access devices, affecting interstate commerce, in violation of Title 18, United States Code, Section 1029(a)(3).

## COUNTS 2-6

On or about January 10, 2013, in St. Lucie County, in the Southern District of Florida, the defendant,

### PATRICK J. WARD,

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, possessing more than fifteen unauthorized access devices; knowingly possessed, without lawful authority, a means of identification of another person, as set forth below:

| COUNT | MEANS OF IDENTIFICATION | IDENTIFICATION HOLDER |
|-------|------------------------|----------------------|
| 2 | Name and Social Security Account Number | "S.B." |
| 3 | Name and Social Security Account Number | "A.C." |
| 4 | Name and Social Security Account Number | "C.K." |
| 5 | Name and Social Security Account Number | "F.R." |
| 6 | Name and Social Security Account Number | "M.R." |

in violation of Title 18, United States Code, Sections 1028A(a)(1).

## CRIMINAL FORFEITURE

Upon conviction of the violation alleged in Count One of the Indictment, the defendant **PATRICK J. WARD**, shall forfeit to the United States any personal property used or intended to be used to commit the offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

COURTNEY L. COKER
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.** _____ |
| v. | |
| **PATRICK J. WARD,** | **CERTIFICATE OF TRIAL ATTORNEY*** |
| _____ **Defendant. /** | **Indictment Case Information:** |

**Court Division:** (Select One)

| | | | | |
|---|---|---|---|---|
| ____ | Miami | ____ | Key West | |
| ____ | FTL | ____ | WPB | _X_ FTP |

New Defendant(s)        Yes ____ No ____
Number of New Defendants        ____
Total number of counts        ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)  _No_
   List language and/or dialect _____

4. This case will take  _4_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

| | | | |
|---|---|---|---|
| I | 0 to 5 days | __x__ | |
| II | 6 to 10 days | _____ | |
| III | 11 to 20 days | _____ | |
| IV | 21 to 60 days | _____ | |
| V | 61 days and over | _____ | |

   (Check only one)

| | |
|---|---|
| Petty | _____ |
| Minor | _____ |
| Misdem. | _____ |
| Felony | __X__ |

6. Has this case been previously filed in this District Court?  (Yes or No)  _No_

If yes:
Judge: _____        Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?        (Yes or No) _No_
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____        District of _____

Is this a potential death penalty case? (Yes or No)        _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  _____ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  _____ Yes  _X_ No

_____
COURTNEY L. COKER
ASSISTANT UNITED STATES ATTORNEY

*Penalty Sheet(s) attached

REV 4/8/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Case No.

Defendant's Name:   **PATRICK J. WARD**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Possession of Fifteen (15) or More Unauthorized Access Devices With Intent to Defraud | 18 U.S.C. § 1029(a)(3) | 10 years Imprisonment<br>$250,000.00 fine<br>SR: Not more than 3 years<br>$100 Special Assessment |
| 2-6 | Possession of a Means of Identification of Another Person, Without Lawful Authority, During and In Relation to a Felony | 18 U.S.C. § 1028A(a)(1) | Mandatory Minimum Term of 2 Years Imprisonment Consecutive to Any Sentence Given in Count 1<br><br>$250,000.00 fine<br>SR: Not more than 1 year<br>$100 Special Assessment |
|  | **CRIMINAL FORFEITURE** | 18 U.S.C. § 1029(c)(10(C) |  |